**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: TONY J. MATHENY § Case No. 13-81132
   NANCY J. MATHENY § 
              §
    Debtor(s) §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 04/01/2013.

2) The plan was confirmed on 07/12/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was completed on 01/26/2018.

6) Number of months from filing or conversion to last payment: 57.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $49,460.00.

10) Amount of unsecured claims discharged without full payment: $55,442.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 23,310.00 | |
| Less amount refunded to debtor(s) | $ 378.70 | |
| **NET RECEIPTS** | | $ 22,931.30 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,598.18 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 5,098.18 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY GARY C FLANDERS | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 600.00 | 1,182.04 | 1,182.04 | 1,182.04 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 420.35 | 420.35 | 420.35 | 0.00 |
| RAY A FERGUSON & ASSOC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ASPEN MASTERCARD | Uns | 631.00 | NA | NA | 0.00 | 0.00 |
| AVEE LABORATORIES | Uns | 681.00 | NA | NA | 0.00 | 0.00 |
| CAMELOT RADIOLOGY | Uns | 470.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,150.00 | 1,403.12 | 1,403.12 | 1,403.12 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 560.00 | 562.71 | 562.71 | 562.71 | 0.00 |
| CENTEGRA HOSPITAL | Uns | 10,608.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA PRIMARY CARE | Uns | 3,833.00 | NA | NA | 0.00 | 0.00 |
| CEVENE CARE CLINIC | Uns | 129.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 5,530.00 | 5,486.13 | 5,486.13 | 5,486.13 | 0.00 |
| CORNERSTONE CLINIC | Uns | 1,375.00 | NA | NA | 0.00 | 0.00 |
| CORNERSTONE CLINIC | Uns | 1,032.00 | NA | NA | 0.00 | 0.00 |
| CUSTOMER SERVICE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| DANS WRECKER SERVICE | Uns | 65.00 | NA | NA | 0.00 | 0.00 |
| DIRECT MERCHANTS BANK | Uns | 1,470.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DIRECT MERCHANTS BANK | Uns | 1,477.00 | NA | NA | 0.00 | 0.00 |
| DJ U STORE | Uns | 1,660.00 | 1,898.00 | 1,898.00 | 1,898.00 | 0.00 |
| FELKER GROCERY | Uns | 85.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 596.00 | 596.87 | 596.87 | 596.87 | 0.00 |
| FIRST BANK & TRUST | Uns | 682.00 | NA | NA | 0.00 | 0.00 |
| FOUNDERS INSURANCE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 1,034.00 | 597.42 | 597.42 | 597.42 | 0.00 |
| GEIGER PSYCHIATRIC CARE | Uns | 360.00 | NA | NA | 0.00 | 0.00 |
| GORMAN FAMILY MEDICAL | Uns | 188.00 | NA | NA | 0.00 | 0.00 |
| GUIDEPOSTS | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| GUILD POSTS | Uns | 24.00 | NA | NA | 0.00 | 0.00 |
| GUTHY RENKER | Uns | 160.00 | NA | NA | 0.00 | 0.00 |
| HAUSER ROSS EYE INSTITUTE | Uns | 430.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 706.00 | 607.90 | 607.90 | 607.90 | 0.00 |
| HYDROXATONE | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF HUMAN | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS PAIN INSTITUTE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS PATHOLOGISTS | Uns | 285.00 | NA | NA | 0.00 | 0.00 |
| JC PENNEY | Uns | 660.00 | NA | NA | 0.00 | 0.00 |
| JEROME WEISKOPF | Uns | 1,138.00 | NA | NA | 0.00 | 0.00 |
| LAKE MCHENRY PATHOLOGY | Uns | 115.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS | Uns | 44.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS | Uns | 74.00 | NA | NA | 0.00 | 0.00 |
| MEDIACOM | Uns | 490.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL PAIN MANAGEMENT | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DENTAL | Uns | 245.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERIES INC OF | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILLINOIS IMAGING | Uns | 2,025.00 | NA | NA | 0.00 | 0.00 |
| OSF HEALTHCARE SYSTEM | Uns | 2,192.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 311.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 478.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE DIRECT | Uns | 88.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE | Uns | 85.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| RADIOLOGY CONSULTANTS OF | Uns | 650.00 | NA | NA | 0.00 | 0.00 |
| REDBOOK HEARST MAGAZINES | Uns | 8.00 | NA | NA | 0.00 | 0.00 |
| ROCHELLE COMMUNITY HOSPITAL | Uns | 3,800.00 | NA | NA | 0.00 | 0.00 |
| ROCHELLE MUNICIPAL UTILITIES | Uns | 63.00 | NA | NA | 0.00 | 0.00 |
| ROCK VALLEY ANETHESIOLOGIES | Uns | 1,705.00 | NA | NA | 0.00 | 0.00 |
| ROCK VALLEY COLLEGE | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ANESTHESIOLOGISTS | Uns | 432.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ASSOC PATHOLOGISTS | Uns | 61.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD DENTAL CARE | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 1,331.00 | 904.00 | 904.00 | 904.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 445.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 280.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 1,595.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 164.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MEMORIAL HOSPITAL | Uns | 220.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MEMORIAL HOSPITAL | Uns | 756.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD SURGICAL SERVICE | Uns | 805.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Uns | 584.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 2,192.00 | 4,002.37 | 3,972.58 | 3,972.58 | 0.00 |
| ST ANTHONY MEDICAL CENTER | Uns | 420.00 | NA | NA | 0.00 | 0.00 |
| STILLMAN FIRE PROTECTION | Uns | 902.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN | Uns | 3,266.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HEALTH | Uns | 1,563.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 4,130.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 830.00 | 202.00 | 202.00 | 202.00 | 0.00 |
| TDTW SYSTEM WITH CD ROM | Uns | 262.00 | NA | NA | 0.00 | 0.00 |
| VERIZON NORTH | Uns | 231.00 | NA | NA | 0.00 | 0.00 |
| ANYTIME FITNESS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 1,182.04 | $ 1,182.04 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 1,182.04 | $ 1,182.04 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 16,651.08 | $ 16,651.08 | $ 0.00 |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 5,098.18 |
| Disbursements to Creditors | $ 17,833.12 |
| **TOTAL DISBURSEMENTS:** | $ 22,931.30 |

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  07/18/2018           By:  /s/ Lydia S. Meyer
                                 Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)